NICHOLAS PATSOURAKOS et al., appellants,

*v.*

DONATOS (alias ANTHONY) KOLIOUTOS et al., executors, &c., respondents.

[Decided January 22d, 1943.]

*Mr. Elmer G. Van Name,* for the appellants.

*Mr. Frank F. Neutze,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Woodruff, and reported at *132 N. J. Eq. 87.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 14.

*For reversal*—None.